OPINION — AG — WHEN ANY OFFICER OR EMPLOYEE OF THE STATE OF OKLAHOMA IS ORDERED TO ANY ACTIVE DUTY BY PROPER AUTHORITY, HE IS ENTITLED TO A LEAVE OF ABSENCE AND PAY FOR UP TO THIRTY DAYS. SINCE THE EMPLOYEE IN QUESTION HAS RECEIVED PAY FOR ONLY TWO WEEKS ACTIVE DUTY UP TO THIS TIME, HE IS ENTITLED TO FULL PAY FOR THE ADDITIONAL WEEK OF ACTIVE DUTY. CITE: 44 O.S. 1961 209 [44-209], 72 O.S. 1961 48 [72-48] (NATIONAL GUARD) (JACK SWIDENSKY)